■ MARY PINTER, Individually and as Administratrix of the Estate of ERIN PINTER, Deceased, Respondent, v TOWN OF JAVA

et al., Appellants, and WYOMING COUNTY et al., Respondents. [26 NYS3d 908]—Leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.